U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUL 18 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

P L E A  (With Counsel)

CRIMINAL NO. 1:24-CR-218

I, John Donovan Woodbury, Defendant, having received a copy of the within Indictment, and having been arraigned, plead Not Guilty to both counts thereof.

In Open Court this 18th day of July, 2024.

_____
SIGNATURE (Defense Attorney)
Keenen Twymon

_____
SIGNATURE (Defendant)
John Donovan Woodbury

INFORMATION BELOW MUST BE TYPED OR PRINTED

101 Marietta Street NW
Atlanta, Georgia 30303
Phone: (404) 688-7530
Bar Number: _____

_____
_____
_____
Phone: _____

Filed in Open Court by:
_____
(Signature)

7/18/24
Date

Form No. USA-40-19-B
N.D. Ga. 11/8/12