IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION |
| | ) | NO. 1:24-CR-00218 |
| JOHN D. WOODBURY | ) | |

ORDER GRANTING ADDITIONAL TIME TO FILE PRETRIAL MOTIONS AND CONTINUING PRETRIAL CONFERENCE

Having reviewed Mr. Woodbury's Unopposed Motion for Extension of Time to File Pretrial Motions (Doc. 22), the Court finds that for good cause shown, it is necessary to extend the time for the Defendant to file pretrial motions and to continue the pretrial conference. The Court also finds that the interests of justice in continuing the pretrial motions deadline and in rescheduling the pretrial conference substantially outweigh the interests of the public and defendant in the speedy resolution of this matter, and thus the Clerk is directed to count as excludable any delay occurring in extending the deadline to file pretrial motions and the holding of the pretrial conference. 18 U.S.C. § 3161, et seq.

IT IS HEREBY ORDERED that the pretrial conference in this matter shall be held on Wednesday, December 11, 2024, at 10:00 A.M, and the Defendant shall file pretrial motions on or before December 9, 2024.

SO ORDERED, this 13th day of November 2024.

/S/LINDA T. WALKER
Linda T. Walker
U.S. Magistrate Judge

Prepared by:
Keenen J. Twymon
Counsel for Mr. Woodbury
FEDERAL DEFENDER PROGRAM, INC.
Suite 1500, Centennial Tower
101 Marietta Street, N.W.
Atlanta, Georgia 30303
(404) 688-7530
keenen_twymon@fd.org